Form 173

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 18−10693

IN THE MATTER OF:
Phillip Reed Gordon      xxx−xx−3960
Minkyong Im Gordon      xxx−xx−9137
fdba PK Gordon Enterprises, Inc. DBA Soaps Inn
4202 Elderbush Circle
Greensboro, NC 27405

  Debtor(s)

## NOTICE OF DEFICIENCY OF SERVICE OF CHAPTER 13 PLAN

A proposed Chapter 13 Plan was filed in this case on **Monday, June 25, 2018**. To the extent that the proposed Chapter 13 Plan includes a request to determine the amount of any secured claim (including a request to determine the value of any collateral), Bankruptcy Rule 3012(b) requires service of the proposed plan on the holder of such claim and any other entity the court designates in the manner provided for service of a summons and complaint under Rule 7004. Proof of such service must be made to the Court by affidavit as required by Rule 4(l) of the Rules of Civil Procedure, made applicable by Bankruptcy Rule 7004(a)(1).

The following deficiencies have been noted regarding service of the proposed Chapter 13 Plan:

**\*The proposed Chapter 13 Plan includes a request to determine the amount of a secured claim and proof of service by affidavit as required by Rule 3012(b) and 7004(a)(1) has not been filed with the court for the following creditor(s):**
    −BB&T

Dated: 6/26/18                                                                                                OFFICE OF THE CLERK/gpl