Form 173

# UNITED STATES BANKRUPTCY COURT

Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 18−10693

IN THE MATTER OF:
Phillip Reed Gordon xxx−xx−3960
Minkyong Im Gordon xxx−xx−9137
4202 Elderbush Circle
Greensboro, NC 27405

Debtor(s)

## NOTICE OF DEFICIENCY OF SERVICE OF CHAPTER 13 PLAN

A proposed Chapter 13 Plan was filed in this case on **Friday, August 3, 2018**. To the extent that the proposed Chapter 13 Plan includes a request to determine the amount of any secured claim (including a request to determine the value of any collateral), Bankruptcy Rule 3012(b) requires service of the proposed plan on the holder of such claim and any other entity the court designates in the manner provided for service of a summons and complaint under Rule 7004. Proof of such service must be made to the Court by affidavit as required by Rule 4(l) of the Rules of Civil Procedure, made applicable by Bankruptcy Rule 7004(a)(1).

The following deficiencies have been noted regarding service of the proposed Chapter 13 Plan:

***The proposed Chapter 13 Plan includes a request to determine the amount of a secured claim, but the filed affidavit of service does not demonstrate sufficient service as required under Rule 7004 on the following creditor(s)**
**−BB&T**

Dated: 8/6/18

OFFICE OF THE CLERK/gpl